IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EFERM ANTHONY ROBINSON, JR., | § | |
| #91611, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:25-CV-3050-D |
| | § | |
| COURTNEY B., | § | |
| DEFENDANT. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation

in this case.   No objections were filed.   The undersigned district judge reviewed the proposed

findings, conclusions, and recommendation for plain error.   Finding none, the court adopts the

findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 20, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE